

# IN THE
# TENTH COURT OF APPEALS

_____

### No. 10-14-00406-CR
### No. 10-14-00407-CR

**MICHAEL EDWARD STRICKLAND,**

                                                    **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                    **Appellee**


_____


### From the 82nd District Court
### Falls County, Texas
### Trial Court Nos. 8032 and 8033

_____

## ORDER

_____

We dismissed Michael Edward Strickland's appeals for want of prosecution on June 25, 2015. Strickland's appellate briefs had not been filed and after warning him by letter dated June 3, 2015, we determined the appeals were not taken with the intention of pursuing them to completion but instead taken for the purpose of delay.

On June 26, 2015, we received a letter from Strickland informing us that he had not been getting his mail timely because, according to him, we had been sending his mail to

the wrong prison unit, and he did not receive the June 3, 2015 letter until June 23, 2015. Strickland stated that he had not been at the Estelle Unit, where we had been sending his mail, since January and wanted more time to "get my briefs together."

We considered the June 26, 2015 letter to be a motion for rehearing for each appeal and did not rule on motion for rehearing at that time. Instead, we gave Strickland 35 days in which to file his briefs at which time we would also consider the motion for rehearing.

Thirty-five days have passed, and Strickland has not filed his briefs nor has he filed a motion to extend the time to file his briefs. Accordingly, Strickland's motion for rehearing for each appeal is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed August 20, 2015

